IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH WEBSITE EVOLVEDRS.COM STORED AT PREMISES CONTROLLED BY BIG COMMERCE, AUSTIN, TEXAS | Magistrate No.<br>[UNDER SEAL]   15 . 392 M |

O R D E R

AND NOW, to wit, this 23rd day of April, 2015, upon consideration of the Motion to Seal Search Warrant, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that any and all papers filed in the above-captioned matter, together with this Motion and Order to Seal issued at Magistrate's No. __15 . 392 M__ are hereby SEALED until further Order of Court.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  U.S. Attorney