AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. **15-392M** |
| INFORMATION ASSOCIATED WITH WEBSITE EVOLVEDRS.COM STORED AT PREMISES CONTROLLED BY BIG COMMERCE, AUSTIN, TEXAS | ) ) ) | [UNDER SEAL] |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Western   District of   Pennsylvania
*(identify the person or describe the property to be searched and give its location)*:

Information assocaited with website EVOLVEDRS.COM that is stored at the premises controlled by Big Commerce, as more particularly described in Attachment A to the Affidavit and attached herewith, both of which are specifically incorporated by reference into this Search and Seizure Warrant.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B to the Affidavit attached herewith, both of which are specifically incorporated by reference into this Search and Seizure Warrant.

YOU ARE COMMANDED to execute this warrant on or before   **5/7/15**   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   DUTY MAGISTRATE JUDGE
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for  30  days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   **4/23/15  2:25pm**   *(signature)*
Judge's signature

City and state:   Pittsburgh, Pennsylvania   Maureen P. Kellly, Chief U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 15 392M | Date and time warrant executed: 9/27/15 VIA Mal-OPS | Copy of warrant and inventory left with: Bg Commerce.com |
| Inventory made in the presence of: Adam Ferenzi Sr. Manager, Escalations And Account Services ||||

Inventory of the property taken and name of any person(s) seized:

Negative Results

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/5/15

SA [signature]
Executing officer's signature

SA Michael O'Neill HSI
Printed name and title